**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CAPP, INC., YOUNG PEOPLES DAY CAMPS INC., KMJA DAY CAMPS, INC., AND PRAYUS GROUP LLC,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, AND DISCOVER BANK**,<br><br>Defendants. | Case No. 1:23-cv-04676<br><br>**JOINT STATUS REPORT** |
| **LEMMO'S PIZZERIA, LLC**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100**,<br><br>Defendants. | Case No. 1:23-cv-14250 |
| **SUPPORT ANIMAL HOLDINGS, LLC, and LENNYS CASITA, LLC**, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100**,<br><br>Defendants. | Case No. 1:23-cv-15297 |

## JOINT STATUS REPORT

On June 28, 2024, the parties in the above-captioned cases executed a Class Action Settlement Agreement ("Agreement") to resolve this litigation on a nationwide class basis.

The Agreement provides that Plaintiffs will file a motion for preliminary approval of the settlement within 60 days of this joint status report. This 60-day period allows the parties the necessary time to conduct additional confirmatory discovery and to finalize the notice documents and claim forms, which will be submitted to the Court with the preliminary approval motion. The parties therefore ask the Court to enter an order directing Plaintiffs to file a motion for preliminary approval on or before August 27, 2024.

Dated: June 28, 2024                                    Respectfully submitted,


By:   */s/ Andrew Soukup*

      Valerie L. Hletko
      Andrew Soukup
      COVINGTON & BURLING LLP
      One CityCenter
      850 Tenth Street, NW Washington, DC 20001-4956
      Tel.: (202) 662-6000
      Email: vhletko@cov.com
      Email: asoukup@cov.com

      Julie B. Porter (#6243787)
      SALVATORE PRESCOTT PORTER & PORTER, PLLC
      1010 Davis Street
      Evanston, IL 60201
      (312) 283-5711
      porter@sppplaw.com

      *Counsel for Defendants Discover Financial Services, DFS Services LLC, and Discover Bank*


By:   */s/ Catherine Pratsinakis*

      Catherine Pratsinakis
      Nina C. Spizer
      DILWORTH PAXSON LLP
      1500 Market Street, Suite 3500E
      Philadelphia, PA 19102
      Telephone:  (215) 575-7000
      Facsimile:  (215) 575-7200
      cpratsinakis@dilworthlaw.com
      nspizer@dilworthlaw.com

      *Counsel for Plaintiffs CAPP, Inc., Young Peoples Day Camps Inc., KMJA Day Camps, Inc., and Prayus Group LLC in Case No. 1:23-cv-04676*

By:  */s/ Roger N. Heller*_____

Roger N. Heller (*pro hac vice*)
Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Tel: (415) 956-1000
Fax: (415) 956-1008
rheller@lchb.com
msheen@lchb.com

Margaret M. Becko (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel.: (212) 355-9500
Fax: (212) 355-9592
mbecko@lchb.com

*Counsel for Plaintiffs Lemmo's Pizzeria, LLC
in Case No. 1:23-cv-14250*


By:  */s/ Taras Kick*_____

Taras Kick (*pro hac vice*)
Tyler Dosaj (*pro hac vice*)
Greg Taylor (*pro hac vice* forthcoming)
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Tel: (310) 395-2988
Fax: (310) 395-2088
Taras@kicklawfirm.com
Tyler@kicklawfirm.com
Greg@kicklawfirm.com

*Counsel for Plaintiffs Lemmo's Pizzeria, LLC
in Case No. 1:23-cv-14250*

-3-

-4-

By:   _/s/ Joshua Silverman_____

Lesley Portnoy
PORTNOY LAW FIRM
1100 Glendon Ave. 15th Floor
Los Angeles, CA 90024
Tel: (310) 692-8883
Email:  lesley@portnoylaw.com

Joshua B. Silverman
Christopher P.T. Tourek
POMERANTZ LLP
10 South LaSalle St.
Suite 3505
Chicago, Illinois  60603
Tel: (312) 377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Counsel for Plaintiffs Support Animal
Holdings, LLC and Lenny's Casita, LLC in
Case No. 1:23-cv-15297*

-5-

## CERTIFICATION PURSUANT TO GENERAL ORDER 16-0020

I hereby certify that the content of the document is acceptable to all persons required to

sign the document, and all such persons have consented to inclusion of their electronic signatures

on the document.


Dated:  June 28, 2024                              */s Roger N. Heller*