UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Lemmos Pizzeria LLC
                                Plaintiff,

v.                                                 Case No.: 1:23−cv−14250
                                                          Honorable Steven C. Seeger

Discover Financial Services, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

       MINUTE entry before the Honorable Steven C. Seeger: The motion for preliminary approval of class action settlement (Dckt. No. [71]) is hereby granted. The parties reached a settlement in principle after engaging in arms−length settlement negotiations with Hon. Jay C. Gandhi (Ret.) of JAMS. The parties exchanged discovery to facilitate productive discussions in that mediation. In the end, the parties reached a deal, as reflected in the settlement agreement. This Court has reviewed the settlement agreement and the related submissions in support of the motion. When it comes to the settlement payment includes a floor and a ceiling. Under the terms of the settlement, Discover has agreed to pay affected entities a total of no less than $;500 million. The settlement agreement also limits the Total Settlement Payment to $1,093,735,923 (which is the total of all MID Amounts calculated under the Methodology, other than interest to be calculated for partial year 2024), plus interest. Based on the submissions, the Court grants preliminary approval to the proposed class action settlement. The Court preliminarily finds that the settlement is fair, reasonable, and adequate. The Court finds that the notice to the proposed settlement class is reasonable. The class representatives and class counsel appear to have adequately represented the proposed class. The proposed settlement appears to satisfy all of the other requirements of Rule 23(e). The requirements of Rule 23(a) and Rule 23(b)(3) appear to be satisfied, too. The Court hereby certifies the proposed settlement class. Order Granting Preliminary Approval of Class Action Settlement to follow. A final settlement approval hearing is set for November 6, 2025 at 11:00 a.m. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.